## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **FCCI INSURANCE COMPANY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:21-cv-00879-O** |
| **AFALLON INVESTMENT, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### ORDER

Before the Court is Plaintiff's Stipulation of Dismissal (ECF No. 19), filed March 23, 2022. Plaintiff dismisses all claims against Defendant. The case is therefore **DISMISSED with prejudice**.

**SO ORDERED** this **24th day** of **March, 2022.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1